IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CRAIG BERNEKING, ) ) Plaintiff, ) ) v. ) ) ALFRED WALKER and ) DISCO, INC., ) ) Defendants. ) | No. 07-0463-CV-W-DW |

**ORDER**

Before the Court is Plaintiff's Stipulation for Dismissal with Prejudice. Pursuant to the stipulation, the case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs. The Clerk of the Court shall mark this case as closed.

Date:   August 17, 2007                         /s/ Dean Whipple
                                                                                            Dean Whipple
                                                                    United States District Judge